## No. 946.

### CITIZENS BANK VS. SOLOMON W. DOWNS ET ALS.

The Citizens Bank, as holder of notes which were due and payable on their face forty year ago, under the special provisions of its charter is not required to prove that a stockholder did not pay the interest on his note, and did not renew. That is matter of defence.

Where executory process is obtained by this bank, it is not material to inquire how any part of the land mortgaged is possessed by the defendants, as its charter authorizes it to seize and sell in whosesoever hands it may be found.

The cumulation in the same suit of several demands is permitted when they do not conflict.

Mortgaged property must be sold in block, but two separate properties mortgaged for the same debt must be sold separately, each in block.

The judge, clerk, or notary who authenticated records, judicial proceedings, etc., fifty years ago, authenticated them for all time. The effect of a public official act is not limited to the incumbency of the officer or the duration of his office.

APPEAL from the District Court for Ouachita. PARSONS, J.

*Pitot* and *Stubbs* for Plaintiff. *Cobb & Gunby, Richardson & McEnery* for Defendants Appellants.

MARR, J., delivered the opinion affirming the judgment.